# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**SEBASTIAN LEE HILL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D16-1431

[February 22, 2018]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Lawrence Mirman, Judge; L.T. Case No. 432008CF001627B.

Carey Haughwout, Public Defender, and Benjamin Eisenberg, Assistant Public Defender, West Palm Beach, for appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, and Michael A. Egber, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER AND FORST, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***